*1014 ante, p. 815;
ante, p. 816;
*1015 No. 91-1799.
No. 91-1847.
No. 91-2002.
No. 91-7408.
No. 91-7563.
No. 91-7697.
No. 91-7760.
No. 91-7797.
No. 91-8108.
No. 91-8238.
No. 91-8283.
No. 91-8303.
No. 91-8317.
No. 91-8334.
No. 91-8335.
No. 91-8353.
No. 91-8376.
No. 91-8378.
No. 91-8387.
No. 91-8395.
No. 91-8404.
No. 91-8405.
No. 91-8429.
No. 91-8487.
No. 91-8572.
No. 91-8618.
No. 91-8638.
No. 91-8684.
No. 91-8726.
No. 91-8732.
No. 91-8738.
ante, p. 817;
ante, p. 818;
ante, p. 827;
ante, p. 832;
ante, p. 832;
ante, p. 833;
ante, p. 833;
ante, p. 833;
ante, p. 835;
ante, p. 836;
ante, p. 837;
ante, p. 838;
ante, p. 838;
ante, p. 839;
ante, p. 839;
ante, p. 840;
ante, p. 840;
ante, p. 840;
ante, p. 841;
ante, p. 841;
ante, p. 841;
ante, p. 841;
ante, p. 842;
ante, p. 844;
ante, p. 849;
ante, p. 852;
ante, p. 853;
ante, p. 855;
ante, p. 858;
ante, p. 812;
ante, p. 858;
*1016 No. 92-38.
No. 92-48.
No. 92-59.
No. 92-186.
No. 92-241.
No. 92-248.
No. 92-257.
No. 92-5052.
No. 92-5098.
No. 92-5111.
No. 92-5118.
No. 92-5123.
No. 92-5246.
No. 92-5263.
No. 92-5289.
No. 92-5301.
No. 92-5375.
No. 92-5378.
No. 92-5382.
No. 92-5389.
No. 92-5450.
No. 92-5550.
No. 92-5581.
No. 92-5586.
No. 92-5605.
No. 92-5650.
No. 92-5681.
ante, p. 908;
ante, p. 863;
ante, p. 812;
ante, p. 869;
ante, p. 872;
ante, p. 872;
ante, p. 872;
ante, p. 876;
ante, p. 879;
ante, p. 880;
ante, p. 880;
ante, p. 880;
ante, p. 887;
ante, p. 888;
ante, p. 889;
ante, p. 889;
ante, p. 893;
ante, p. 894;
ante, p. 894;
ante, p. 894;
ante, p. 897;
ante, p. 900;
ante, p. 922;
ante, p. 923;
ante, p. 923;
ante, p. 902; and
ante, ■ p. 943. Petitions for rehearing denied.